UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES PEPPIN,<br>    Plaintiff )<br>)<br>v. )<br>)<br>IRONHORSE AUTO, LLC d/b/a )<br>CENTRAL AUTO GROUP )<br>    Defendant )<br>_____ ) | CIVIL ACTION<br><br>JURY TRIAL DEMANDED<br><br><br><br>FEBRUARY 18, 2014 |

## COMPLAINT

1. This is an action brought by a consumer against an automobile dealership for violation of the Consumer Leasing Act ("CLA), which is part of the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601 *et seq.,* and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.*

2. Plaintiff, James Peppin, ("Peppin" or "Plaintiff") is a consumer residing in Ashford, Connecticut.

3. Defendant, Ironhorse Auto, LLC d/b/a Central Auto Group and d/b/a Central Hyundai ("Central") is a Connecticut limited liability company that operates a Hyundai dealership in Plainfield, Connecticut.

4. This Court has jurisdiction over these claims pursuant to 15. U.S.C. § 1640 and 28 U.S.C. § 1331.

5. This Court has jurisdiction over Central because it is located in Connecticut and regularly does business in Connecticut.

6. Venue in this Court is proper, because the transaction alleged herein occurred in this state.

7. On or around February 27, 2013, Plaintiff went to Central for purposes of purchasing or leasing a vehicle.

8. Plaintiff, who is 79 years old, was assisted by Joe Lamonica, one of Central's sales consultants.

9. Lamonica showed Plaintiff a new 2013 Hyundai Sonata (the "Vehicle").

10. Lamonica ripped a sticker off the Vehicle's side window before Plaintiff could come to that Vehicle's side.

11. Plaintiff believes and accordingly alleges that Lamonica ripped the Monroney sticker off the window so that Plaintiff would not see that the manufacturer's suggested retail price ("MSRP") of the Vehicle was $23,190.60 with delivery charges.

12. Additionally, Central had advertised the Vehicle on its website for considerably less than the MSRP.

13. Plaintiff entered into a lease with Central for the Vehicle that utilized a cash price of $28,178.64, or nearly $5,000 more than the MSRP.

14. Central violated § 1667a(2) of CLA and TILA, which requires disclosure of the amount required to be paid at the inception of the lease, by disclosing an initial cash payment of $1,482.34, even though no initial cash payment was required to be paid and no initial cash payment was made.

15. Central Auto further violated CLA and TILA by not accurately breaking down the amount that was required to be paid at the inception of the lease in that it inaccurately disclosed an over allowance on a trade-in and inaccurately disclosed the amount required to be paid at the inception of the lease, all in violation of Reg. M, 12 C.F.R. § 1013.4(b).

16. For its violations of CLA and TILA, Central is liable to Plaintiff for $2,000 in statutory damages.

17. Through its aforedescribed violations of CLA and TILA, Central violated CUTPA.

18. Additionally, by utilizing a cash price in the lease that was higher than the Vehicle's advertised price and that was nearly $5,000 in excess of the MSRP that was previously displayed on the Vehicle, Central engaged in a deceptive practice within the meaning of or under the penumbra of Conn. Agencies Regs. § 42-110b-28(b)(1).

19. Central further violated CUTPA by its removal of the Monroney sticker from the Vehicle prior to leasing it to Plaintiff.

20. As a result of the aforedescribed conduct, Plaintiff suffered ascertainable losses and damages.

21. For Central's violations of CUTPA, Plaintiff is entitled to damages plus punitive damages and a reasonable attorney's fee.

**Wherefore, Plaintiff claims,** actual damages pursuant to 15 U.S.C. § 1640(a)(1), statutory damages of $2,000, plus a reasonable attorney's fee pursuant to 15 U.S.C. § 1640(a)(3); and actual damages pursuant to Conn. Gen. Stat. § 42-110g(a); statutory punitive damages pursuant to Conn. Gen. Stat. § 42-110g(g);and attorney's fees pursuant to Conn. Gen. Stat. § 42-110g(d).

PLAINTIFF, JAMES PEPPIN

By: /s/ Daniel S. Blinn
Daniel S. Blinn, ct02188
dblinn@consumerlawgroup.com
Hailey Gallant Rice, ct29150
hgrice@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax (860) 571-7457