UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES PEPPIN,<br>    Plaintiff<br><br>v.<br><br>IRONHORSE AUTO, LLC d/b/a CENTRAL AUTO GROUP,<br>    Defendant | CIVIL NO.  3:14-cv-00197-RNC<br><br><br><br><br><br>JULY 9, 2014 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, James Peppin, through his attorney, and the defendant, Ironhorse Auto, LLC d/b/a Central Auto Group, through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice and without costs or attorney's fees.

Plaintiff, James Peppin

By /s/ Daniel S. Blinn
Daniel S. Blinn  (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, Ironhorse Auto, LLC d/b/a Central Auto Group,

By /s/ Kevin J. Greene
   Kevin J. Greene (ct16742)
   Halloran & Sage LLP
   225 Asylum Street
   Hartford, CT 06103
   Tel: (860) 522-6103
   Fax: (860) 548-0006
   greene@halloran-sage.com

## CERTIFICATION

    I hereby certify that on this 9th day of July, 2014, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Daniel S. Blinn
    Daniel S. Blinn